Wood Estate.

Argued November 18, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Perrin C. Hamilton*, with him *Robert C. Hourigan*, for appellant.

*S. Keene Mitchell, Jr.*, with him *Bedford, Waller, Griffith, Darling & Mitchell*, for appellee.

OPINION PER CURIAM, September 26, 1967:
Decree affirmed, each party to pay own costs.
Mr. Justice MUSMANNO dissents.
Mr. Justice ROBERTS took no part in the consideration or decision of this case.